IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JERRY LEE TINSLEY, :

    Petitioner, :
                                                CIVIL ACTION 11-0726-KD-M
v. :
                                          CRIMINAL ACTION 10-00048-KD-M
UNITED STATES OF AMERICA, :

    Respondent.

## ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is ORDERED that Petitioner's Motion to Vacate (Doc. 65) is DENIED. It is further ORDERED that Petitioner is not entitled to a Certificate of Appealability, and therefore, not entitled to appeal *in forma pauperis*.[1]

DONE this 8th day of August, 2012.

                                                    s/ Kristi K. DuBose
                                                  KRISTI K. DuBOSE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Motion for Free Plea and Sentencing Transcripts (doc. 75) is DENIED because Petitioner's ineffective assistance of counsel claims are frivolous.